IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLOUS AMIR WARRIOR GREENE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PELICAN BAY STATE PRISON R&R LINE STAFF, et al.,<br><br>　　　　Defendants. | No. C 11-06287 SBA (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Dismissing Action Without Prejudice,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

DATED: 8/4/2014

　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\CR.11\Greene.6287.jud.frm